UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 8

| | |
|---|---|
| Soltex, Inc.<br><br>                                  Plaintiff,<br><br>        v.<br><br>United States<br><br>                                  Defendant. | Court No. 1:15-cv-00065 |

## STIPULATION OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismisses this action with prejudice.

Dated: 5/10/2021

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| /s/ James Hurst<br>JAMES HURST<br>Givens & Johnston, PLLC<br>950 Echo Lane, Suite 360<br>Houston, Texas 77024<br>713 932 1540 | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>JEANNE E. DAVIDSON<br>Director<br><br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office<br><br>By:/s/ Aimee Lee<br>AIMEE LEE<br>Assistant Director<br><br>/s/ Guy Eddon<br>GUY EDDON<br>Trial Attorney<br>International Trade Field Office<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza, Room 346<br>New York, New York 10278<br>(212) 264-9232 or 9230 |

Schedule to Stipulation of Dismissal

| Court Number | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 1:15-cv-00065 | Soltex, Inc. | 5309-14-300024 | WBA 3076314-7 |

ORDER OF DISMISSAL

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed with prejudice.

Clerk, U. S. Court of International Trade

Dated: _____

By: _____
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)